UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

UNIVERSITY SHOPPES SUMMIT, LLC,
    Defendant.

Case No.: 1:20-cv-22012-JEM

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff EMILIO PINERO and Defendant UNVIERSITY SHOPPES SUMMIT, LLC, by and through their respective undersigned counsel, hereby stipulate to the entry of an order dismissing this action WITH PREJUDICE on the grounds that the parties have reached a settlement.

Respectfully submitted December 24, 2020.

| | |
|---|---|
| s/ Lauren N. Wassenberg | s/ Jose I. Leon |
| Lauren N. Wassenberg (FBN: 34083) | Jose I. Leon (FBN: 958212) |
| *Attorney for Plaintiff* | Ari C. Shapiro (FBN: 183253) |
| Lauren N. Wassenberg & Assoc., P.A. | *Atty's for University Shoppes Summit, LLC* |
| 1825 NW Corporate Blvd., Ste. 110 | Gordon Rees Scully Mansukhani LLP |
| Boca Raton, FL 33431 | 100 SE Second St., Ste. 3900 |
| T: 561.571.0646 \| F: 561.571.0647 | Miami, FL 33131 |
| WassenbergL@gmail.com | T: 305-428-5322 \| F: 877-644-6209 |
| | JLeon@GRSM.com |
| | AShapiro@GRSM.com |

## CERTIFICATE OF SERVICE

I HEREBY certify that on this December 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served all counsel of record identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                                By:   s/ Lauren N. Wassenberg
                                           Lauren N. Wassenberg, Esq.
                                            (Fla. Bar No. 34083)